[30139] [Order Cond Dismissal]

ORDERED.

**Dated: July 1, 2026**

Jacob A. Brown
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                              Case No. 3:23–bk–00969–JAB
Alan Livensperger                                   Chapter 7

_____Debtor*_____/

Alan Livensperger Jr.

        Plaintiff**

                                                    Adv. Pro. No. 3:26–ap–00061–JAB
vs.

Deutsche Bank ELT SLC Trust

_____Defendant**_____/

### *ORDER OF CONDITIONAL DISMISSAL*

The plaintiff has taken no action in this adversary proceeding for more than 65 days. It appears, therefore, that the plaintiff no longer desires to prosecute the adversary proceeding. For these reasons,

It is ORDERED:

1.  No later than twenty–one(21) days from the date of service of notice of the entry of this order, the plaintiff shall file and serve on the defendant a written response as to why the Court should not dismiss this adversary proceeding for lack of prosecution.

2.  In the event the plaintiff fails to file the written response as ordered above, this adversary proceeding shall stand and be taken as dismissed without prejudice without further notice, order, or hearing.

3.  If the written response reveals factual or legal issues requiring a hearing, the Court will schedule a hearing and notify the parties. Otherwise, the Court will consider the matter on the papers without further notice or hearing.

Copies furnished to:
Attorney for Plaintiff
Defendant